IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RathGibson, Inc., et al.,[1] | : | Case No. 09-12452 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | x | **Ref. Docket Nos. 15 & 48** |

**NOTICE OF FILING OF PROPOSED FINAL ORDER: (I) PURSUANT TO
1 U.S.C. §§ 105, 361, 362, 363 AND 365 AUTHORIZING THE DEBTORS TO
(A) OBTAIN POSTPETITION FINANCING AND (B) GRANT SENIOR LIENS
AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS;
(II) APPROVING USE OF CASH COLLATERAL OF PREPETITION
LENDER; (III) GRANTING ADEQUATE PROTECTION TO PREPETITION
LENDER; AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on July 13, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364: (I) Authorizing Debtors to (A) Obtain Postpetition Financing, and (B) Grant Senior Liens and Superpriority Administrative Expense Status; (II) Approving Use of Cash Collateral; (III) Granting Adequate Protection to Certain Prepetition Secured Parties; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (the "DIP Motion") [D.I. 15].

PLEASE TAKE FURTHER NOTICE that on July 14, 2009, the Court entered the *Interim Order: Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing Debtors to (A) Obtain Postpetition Financing, and (B) Grant Senior Liens and Superpriority Administrative*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

*Expense Status; (II) Approving Use of Cash Collateral of Prepetition Lender; (III) Granting Adequate Protection to Prepetition Lender; (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (V) Granting Related Relief* (the "Interim DIP Order") [D.I. 48]. The Interim DIP Order scheduled a hearing to consider the relief requested in the DIP Motion on a final basis for August 11, 2009 (the "Final DIP Hearing").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is the proposed *Final Order: Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing Debtors to (A) Obtain Postpetition Financing, and (B) Grant Senior Liens and Superpriority Administrative Expense Status; (II) Approving Use of Cash Collateral of Prepetition Lender; (III) Granting Adequate Protection to Prepetition Lender; and (IV) Granting Related Relief* (the "Proposed Final DIP Order"). The Debtors will seek entry of the Proposed Final DIP Order at the Final DIP Hearing.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit B is a comparison of the Proposed Final DIP Order and the Interim DIP Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DB02:8579184.1　　　　068401.1001

Dated: Wilmington, Delaware
August 10, 2009

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Robert S. Brady

        Robert S. Brady (No. 2847)
        Matthew B. Lunn (No. 4119)
        Patrick A. Jackson (No. 4976)
        Michael S. Neiburg (No. 5275)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        -and-

        WILLKIE FARR & GALLAGHER LLP
        Marc Abrams
        Paul V. Shalhoub
        Robin Spigel
        787 Seventh Avenue
        New York, New York 10019
        (212) 728-8000

        Proposed Co-Counsel for the Debtors and
        Debtors in Possession