Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re <u>Rath Gibson, Inc.,</u>    Case No.<u>09-12452 (CSS)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TR Capital, LLC</u><br>Name of Transferee | <u>AIR & GAS TECHNOLOGIES, INC.</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone:<u> 516-255-1801</u>
Last four digits of Acct#:_____<u>n/a</u>_____

Court Claim # (if known): <u>119</u>
Amount of Claim: <u>$2,130.10</u>
Date Claim Filed: <u>August 24, 2009</u>

Phone: <u>732-566-7227</u>
Last four digits of Acct.#:___<u>n/a</u>___

Air & Gas Technologies, Inc.
42 Industrial Drive
Cliffwood Beach, NJ 07735

Name and address where transferee payments should be sent (if different from above):

Phone:___<u>n/a</u>___
Last four digits of Acct#:_____<u>n/a</u>_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___<u>/s/Terrel Ross</u>___    Date: <u>September 24, 2009</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re <u>Rath Gibson, Inc.,</u> Case No. <u>09-12452 (CSS)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>119</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>September 24, 2009</u> (date).

<u>Air & Gas Technologies, Inc.</u>
Name of Alleged Transferor

<u>TR Capital, LLC</u>
Name of Transferee

Address of Alleged Transferor:
42 Industrial Drive
Cliffwood Beach, NJ 07735

Address of Transferee:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO:     Rath Gibson, Inc. et al, ("Debtor")
Case No.09-12452-CSS (Jointly Administered)

Claim # 119

**AIR & GAS TECHNOLOGIES, INC.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TR CAPITAL, LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the aggregate amount of $2,130.10., ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the debtor

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24 DAY OF September, 2009

ASSIGNOR: AIR & GAS TECHNOLOGIES, INC.

_____
(Signature)

Vincent A. Tombso
(Print Name)

President
(Title)

ASSIGNEE: TR CAPITAL, LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)