Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re <u>Rath Gibson, Inc.,</u>   Case No.<u>09-12452 (CSS)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TR Capital, LLC</u>
   Name of Transferee

<u>IC ELECTRIC SUPPLY</u>
   Name of Transferor

Name and Address where notices to transferee should be sent:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone: <u>516-255-1801</u>
Last four digits of Acct#:   <u>n/a</u>

Court Claim # (if known): <u>100</u>
Amount of Claim: <u>$5,986.00</u>
Date Claim Filed: <u>August 24, 2009</u>

Phone: <u>985-809-8851</u>
Last four digits of Acct.#: <u>n/a</u>

IC Electric Supply
3321 Westbank Expressway
Harvey, LA 70058

Name and address where transferee payments should be sent (if different from above):

Phone: <u>n/a</u>
Last four digits of Acct#: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                                  Date: October <u>15</u>, 2009
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:	United States Bankruptcy Court ("Bankruptcy Court")
	District of Delaware
	824 North Market Street, 3rd Floor
	Wilmington, DE 19801-3024
	Attention: Clerk

AND TO:	Rath Gibson, Inc. et al, ("Debtor")
	Case No. 09-12452-CSS (Jointly Administered)

Claim # 100

**I C ELECTRIC SUPPLY**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TR CAPITAL, LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the aggregate amount of $5,986.00 . ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the debtor

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF October , 2009.

ASSIGNOR: I C ELECTRIC SUPPLY

_____
(Signature)

JASON D. BARTO
(Print Name)

DIVISION CREDIT MANAGER
(Title)

ASSIGNEE: TR CAPITAL, LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)