IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                : Chapter 11
                                     :
RathGibson, Inc., et al.,[1]         : Case No. 09-12452 (CSS)
                                     :
            Debtors.                 : Jointly Administered
                                     :
---------------------------------------------------------x

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE AGENT FOR THE PREPETITION SECURED LENDERS (IV) COUNSEL FOR THE AD HOC COMMITTEE AND DIP LENDERS; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

**PLEASE TAKE NOTICE** that the omnibus hearing in the above-captioned cases previously scheduled for **March 25, 2010 at 10:00 a.m. (ET)** has been rescheduled for **March 23, 2010 at 1:00 p.m. (ET)**.

Dated: Wilmington, Delaware
       February 16, 2010

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Maris Finnegan
                    Robert S. Brady (No. 2847)
                    Matthew B. Lunn (No. 4119)
                    Maris J. Finnegan (No. 5294)
                    Patrick A. Jackson (No. 4976)
                    Michael S. Neiburg (No. 5275)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    (302) 571-6600

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Paul V. Shalhoub
Robin Spigel
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Co-Counsel for the Debtors and
Debtors in Possession