IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
RathGibson, Inc., et al.,[1]                       :    Case No. 09-12452 (CSS)
                                                   :
                    Debtors.                       :    Jointly Administered
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Troy M. Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors and Debtors in Possession in the within captioned matter, and that on February 16, 2010, he caused a copy of the following pleading(s) to be served upon the parties on the attached service list in the manner indicated.

**Notice of Adjourned/Rescheduled Hearing [D.I. 535]**

_____
Troy M. Bollman

SWORN TO AND SUBSCRIBED before me this ___17___ day of February, 2010.

_____
Notary Public

---

[1]     The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

# 2002 SERVICE LIST

## 2/16/2010

Brian W. Bisignani, Esq
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101
(Aon Consulting)
*First Class Mail*

Daniel J. DeFranceschi, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Counsel for the Ad Hoc Committee of Senior Noteholders and DIP Lenders)
*Hand Delivery*

Robert S. Finely, Esq
King & Spaulding
1185 Avenue of the Americas
New York, NY 10036
(King & Spaulding)
*First Class Mail*

David L. Finger, Esq
Finger, Slanina & Liebesman, LLC
One Commerce Center, 1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
(AGNL RathGibson, L.L.C.)
*First Class Mail*

Heather M. Forrest, Esq
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
(Constellation NewEnergy, Inc.)
*First Class Mail*

Steven Friedman
c/o ECO Management LP
ECO Master Fund Ltd.
320 Park Avenue, 9th Floor
New York, NY 10022
(ECO Master Fund Ltd)
*First Class Mail*

Jeffrey R. Gleit, Esq
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(Ad Hoc Group of 13.5% PIK Loan Holders)
*First Class Mail*

Kurt F. Gwynne, Esq.
Kathleen A. Murphy, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(The Bank of New York Mellon, as Indenture Trustee)
*Hand Delivery*

Kristopher M. Hansen, Esq.
Scott Welkis, Esq.
Jayme T. Goldstein, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Counsel for the Ad Hoc Committee of Senior Noteholders and DIP Lenders)
*First Class Mail*

Scott Hazan, Esq.
William M. Silverman, Esq.
Jessica M. Ward, Esq.
Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue, 29th Floor
New York, NY 10169
(Counsel to the Official Unsecured Creditors Committee)
*First Class Mail*

# 2002 SERVICE LIST

## 2/16/2010

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*First Class Mail*

Henry J. Jaffe, Esq.
David M. Fournier, Esq.
Evelyn J. Meltzer, Esq.
John H. Schanne II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100, 1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Russell R. Johnson, III, Esq
Law Firm of Russell R. Johnson III, PLC
2258 Wheatland Drive
Manakin-Sabot, VA 23103
(Jersey Central Power & Light Company)
*First Class Mail*

Matthew J. Klaben, Esq
Chart Industries, Inc.
One Infinity Corporate Centre Dr., Suite 300
Garfield Heights, OH 44125
(Chart Industries)
*First Class Mail*

Valerie Kovacs, Esq
King & Spaulding
1185 Avenue of the Americas
New York, NY 10036
(King & Spaulding)
*First Class Mail*

Richard M. Kremen, Esq
Jodie E. Buchman, Esq.
DLA Piper LLP (US)
The Marbury Building, 6225 Smith Avenue
Baltimore, MD 21209
(AGNL RathGibson, L.L.C.)
*First Class Mail*

Jane Leamy, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
(U.S. Trustee)
*Hand Delivery*

Matthew B. Lunn, Esq
The Brandywine Building
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19701
(RathGibson, Inc.)
*First Class Mail*

Garvan F. McDaniel, Esq
Bifferato Gentilotti LLC
800 N. Market Street, Plaza Level
Wilmington, DE 19801
(Ad Hoc Group of 13.5% PIK Loan)
*First Class Mail*

Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(Counsel for Wisconsin Power & Light)
*Hand Delivery*

# 2002 SERVICE LIST

## 2/16/2010

Michael B. Mukasey, Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*First Class Mail*

Tara E. Nauful, Esq
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889
(Sunoco Products Company)
*First Class Mail*

Bruce J. Ruzinsky, Esq
D. Elaine Conway
Jackson Walker L.L.P.
1401 McKinney, Suite 1400
Houston, TX 77010
(Constellation NewEnergy, Inc.)
*First Class Mail*

Jay R. Schifferli
Kelley Drye & Warren LLP
Washington Harbour, Suite 400, 3050 K Street
Washington, DC 20007
(RathGibson, Inc.)
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Paul V. Shalhoub, Esq.
Robin Spigel, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(Counsel to the Debtors)
*First Class Mail*

William M. Silverman, Esq
Jenette Barrow-Bosshart, Esq.
Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue
New York, NY 10169
(Counsel to the Official Unsecured Creditors Committee)
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Jon M. Smith
Chief Financial Officer
RathGibson, Inc.
475 Half Day Road, Suite 210
Lincolnshire, IL 60069
(RathGibson, Inc.)
*First Class Mail*

# 2002 SERVICE LIST

## 2/16/2010

Robin Spigel, Esq
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(RathGibson, Inc.)
*First Class Mail*

Leon Szlezinger
Managing Director
Jefferies & Company, Inc.
520 Madison Avenue, 10th Floor
New York, NY 10022
(Jefferies & Company, Inc.)
*First Class Mail*