IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re                                            : Chapter 11
                                                 :
                                                 : Case No. 09-12452 (CSS)
RathGibson, Inc., et al.,[1]                     :
                                                 : Jointly Administered
                                                 :
              Debtors.                           : Proposed Objection Deadline: March 18, 2010 at 12:00 p.m. (ET)
                                                 : Proposed Hearing Date: March 23, 2010 at 1:00 p.m. (ET)
                                                 :
------------------------------------------------x

## NOTICE OF MOTION AND HEARING

TO: (A) THE U.S. TRUSTEE; (B) COUNSEL FOR THE CREDITORS' COMMITTEE; (C) COUNSEL TO THE AGENT FOR THE PREPETITION SECURED LENDERS; (D) COUNSEL TO THE AD HOC SENIOR NOTEHOLDERS COMMITTEE AND DIP LENDERS; (E) THOSE PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002; (F) ALL ENTITIES KNOWN BY THE DEBTORS TO HAVE ASSERTED ANY LIEN, CLAIM, INTEREST OR ENCUMBRANCE IN OR ON THE PURCHASED ASSETS; AND (G) ALL PERSONS WHO HAVE EXPRESSED AN INTEREST IN ACQUIRING SOME OR ALL OF THE PURCHASED ASSETS WITHIN THE LAST SIX (6) MONTHS.

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "Debtors") have filed the attached **Debtors' Motion for an Order (I)(A) Approving Bid Procedures With Respect to Sale; (B) Approving Bid Protections With Respect to Stalking Horse Bidder; (C) Approving Assumption, Assignment, and/or Transfer Procedures; and (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (II) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion are proposed to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 18, 2010 at 12:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must serve a copy of your response upon the undersigned counsel.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION IS PROPOSED TO BE HELD ON **MARCH 23, 2010 AT 1:00 P.M.**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
March 8, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub
Robin Spigel
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-Counsel for the Debtors and Debtors in Possession*