IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
RathGibson, Inc., et al.,[1]             :    Case No. 09-12452 (CSS)
                                         :
             Debtors.                    :    Jointly Administered
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 23, 2010 AT 1:00 P.M.

### RESOLVED/ADJOURNED MATTERS

1.  Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 325; 10/7/09]

    Objection Deadline: October 30, 2009 at 4:00 p.m.

    Related Documents:

    a)  Order Sustaining Debtors' Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 380; 11/5/10]

    Responses Filed:

    b)  GE Capital Franchise Finance Corporation's Response to the Debtors' Second Omnibus Claim Objection [D.I. 367; 10/30/09]

    Status:  With respect to item (b) this matter has been continued to the next omnibus hearing on April 9, 2010 at 2:00 p.m.

2.  Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 471; 12/29/09]

    Objection Deadline: January 21, 2010 at 4:00 p.m.

    Related Documents:

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

a)  Order Sustaining Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 509; 1/28/10]

b)  Notice of Partial Withdrawal of Debtors' Fourth Omnibus Objection to Claims with Respect to Claim Number 199 [D.I. 511; 1/28/10]

c)  Notice of Partial Withdrawal of Debtors Fourth Omnibus Objection to Claims with Respect to Claims Number 92 Filed by the F.E. Dunkel Company [D.I. 597; 3/16/10]

Responses Filed:

d)  F.E. Dunkel Co. Response to Fourth Omnibus Objection [D.I. 495; 1/20/10]

e)  Informal Response Received from Praxair Distribution Inc.

Status: With respect to item (d) the Debtors have withdrawn their objection. With respect to item (e) the parties have resolved the comments of Praxair and anticipate filing an amended order under Certification of Counsel.

3. Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 555; 2/23/10]

Objection Deadline: March 18, 2010 at 4:00 p.m. [Response deadline for applicable claimant has been extended to April 5, 2010 at Noon.]

Related Documents:

a)  Amended Notice of Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 558; 2/26/10]

Responses Filed: None to date.

Status: This matter has been adjourned to the next omnibus hearing on April 9, 2010 at 2:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATIONS

4. Debtors' Second Motion for Order Extending Their Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 548; 2/22/10]

Objection Deadline: March 8, 2010 at 4:00 p.m.

Related Documents:

2

DB02:9388110.1                                                                                                                                       068401.1001

a) Certificate of No Objection [D.I. 580; 3/10/10]

b) Order Further Extending Debtors' Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 584; 3/11/10]

Responses Filed: None.

Status: An order has been entered by the Court. No hearing is necessary

5. Debtors' Application for Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Grant Thorton LLP to Provide Audit Services, and to Continue to Provide Tax Advisory Services, to the Debtors, *Nunc Pro Tunc* to December 17, 2009 [D.I. 557; 2/25/10]

Objection Deadline: March 11, 2010 at 4:00 p.m.

Related Documents:

a) Certificate of No Objection [D.I. 595; 3/15/10]

b) Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Grant Thorton LLP to Provide Audit Services, and to Continue to Provide Tax Advisory Services, to the Debtors, *Nunc Pro Tunc* to December 17, 2009 [D.I. 600; 3/17/10]

Responses Filed: None.

Status: An order has been entered by the Court. No hearing is necessary.

**MATTER REQUESTED TO GO FORWARD**

6. Debtors' Motion for an Order (I)(A) Approving Bid Procedures with Respect to Sale; (B) Approving Bid Protections with Respect to Stalking Horse Bidder; (C) Approving Assumption, Assignment, and/or Transfer Procedures; and (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (II) Granting Related Relief [D.I. 573; 3/8/10]

Objection Deadline: March 18, 2010 at 12:00 p.m. (proposed)

Related Documents:

a) Debtors' Motion for an Order Shortening the Time for Notice of the Debtors' Motion for an Order (I)(A) Approving Bid Procedures with Respect to Sale; (B) Approving Bid Protections with Respect to Stalking Horse Bidder; (C) Approving Assumption, Assignment, and/or Transfer Procedures; and (D)

Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (II) Granting Related Relief [D.I. 574; 3/8/10]

Responses Filed:

b) Limited Objection of GE Capital Franchise Finance Corporation to the Proposed Bid Procedures [D.I. 603; 3/18/10]

c) United States Trustee's Objection to the Debtors' Motion for an Order (I)(A) Approving Bid Procedures with Respect to Sale; (B) Approving Bid Protections with Respect to Stalking Horse Bidder; (C) Approving Assumption, Assignment, and/or Transfer Procedures; and (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (II) Granting Related Relief [D.I. 604; 3/18/10]

Status: The Debtors filed a motion requesting that this matter be heard at the March 23, 2010 omnibus hearing. This matter will be going forward at the Court's discretion.

Dated: Wilmington, Delaware
March 19, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maris Finnegan*

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub
Robin Spigel
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Co-Counsel for the Debtors and Debtors in Possession