# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re                                           :
                                                : Chapter 11
                                                :
RathGibson, Inc., et al.,[1]                    : Case No. 09-12452 (CSS)
                                                :
                                                : Jointly Administered
            Debtors.                            :
                                                : Re: Docket No. ____
                                                :
------------------------------------------------X

### ORDER SHORTENING THE TIME FOR NOTICE OF THE DEBTORS' MOTION FOR AN ORDER (I)(A) APPROVING BID PROCEDURES WITH RESPECT TO SALE; (B) APPROVING BID PROTECTIONS WITH RESPECT TO STALKING HORSE BIDDER; (C) APPROVING ASSUMPTION, ASSIGNMENT AND/OR TRANSFER PROCEDURES; AND (D) SCHEDULING AN AUCTION AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (II) GRANTING RELIEF REQUESTED

Upon the motion of the Debtors (the "Motion to Shorten")[2] for entry of an order shortening notice pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), with respect to a hearing on the *Debtors' Motion for an Order (I)(A) Approving Bid Procedures With Respect to Sale; (B) Approving Bid Protections With Respect to Stalking Horse Bidder; (C) Approving Assumption, Assignment, and/or Transfer Procedures; and (D) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (II)*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

*Granting Related Relief* (the "Bid Procedures Motion"); and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, creditors and other parties in interest; and notice of the Motion to Shorten being appropriate under the particular circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is granted as set forth herein.

2. Parties shall file and serve objections to the Bid Procedures Motion, if any, on or before March 18, 2010 at 12:00 p.m. (prevailing Eastern Time).

3. A hearing with respect to the Bid Procedures Motion and any objections thereto shall be held on March 23, 2010 at 1:00 p.m. (prevailing Eastern Time).

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 23 2010
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE