**SIGN - IN - SHEET**

**CASE NAME: RathGibson**

**CASE NO: 09-10899 (CSS)** 12452

**COURTROOM LOCATION: 6**

**DATE: 3/23/10 @ 1:00 PM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jennette Barrow-Bosshart<br>Jessica Ward    - telephonic | Otterbourg, Steindler, Houston | Official Committee of Unsecured Creditors |
| Erv Dunkel | Erv Dunkel - In Pro Per/Pro Se | In Propria Persona, Erv Dunkel |
| Jason Schauer | Levine Leichtman Capital Partners | Levine Leichtman Capital Partners |
| Jayme Goldstein | Stroock + Stroock + Lavan LLP | Ad Hoc Committee of Senior Noteholders, |
| Henry Jaffe | Pepper Hamilton LLP | DIP Lenders + Stalking Horse Bidder |
| Jenette Barrow-Bosshart | Otterbourg, Steindler, Houston & Ruhr | Creditors Committee |
| Robin Spigel | Willkie Farr | Debtors |
| Matthew Curro | YCST | Debtors |
| Jane Leamy | USTrustee SNLC | USTrustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**