IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                    : Chapter 11
                                         :
                                         : Case No. 09-12452 (CSS)
RathGibson, Inc., et al.,[1]             :
                                         : Jointly Administered
                                         :
                     Debtors.            : Re: Docket Nos. 569 & 570
                                         :
                                         :
---------------------------------------------------------- x

## NOTICE OF FILING OF COMMITTEE'S PLAN SUPPORT LETTER

**PLEASE TAKE NOTICE** that on March 8, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Second Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.** [Docket No. 569] (the "Plan") and **Disclosure Statement for Second Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.** [Docket No. 570] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the attached hereto as Exhibit 1 is the letter from the Official Committee of Unsecured Creditors to holders of claims in Classes 3(b), 4(a), 5(a), 5(b) and 6(a) under the Plan that will be included with the Disclosure Statement when served in connection with the solicitation of the Plan.

Dated: March 26, 2010
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub
Robin Spigel
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-Counsel for the Debtors and
Debtors in Possession*