# Exhibit 2

## Liquidation Analysis

## Liquidation Analysis

INTRODUCTION

Section 1129(a)(7) of the Bankruptcy Code requires that each holder of an impaired Claim or Interest either: (a) accepts the Plan; or (b) receives or retains under the Plan property of a value, as of the Effective Date, that is not less than the value such holder would receive or retain if the Debtor was liquidated under chapter 7 of the Bankruptcy Code on the Effective Date (the "best interests test").

The Liquidation Analysis reflects the estimated cash proceeds, net of liquidation-related costs that would be realized if the Debtors were to be liquidated in accordance with Chapter 7 of the Bankruptcy Code. Underlying the Liquidation Analysis are a number of estimates and assumptions that, although developed and considered reasonable by the Debtors' management, and by the Debtors' professionals, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of the Debtors, its management and advisors, and are also based upon assumptions with respect to certain liquidation decisions which could be subject to change. ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE VALUES REFLECTED IN THE LIQUIDATION ANALYSIS WOULD BE REALIZED IF THE DEBTORS WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.

The Liquidation Analysis was prepared by management of the Debtors, with the assistance of Jefferies and other of the Debtors' professionals. The Liquidation Analysis is based on the Debtors' projected balance sheet as of May 31, 2010.

It is also assumed that the liquidation of the Debtors would commence under the direction of a Court-appointed chapter 7 trustee and would continue for a period of nine months, during which time all of the Debtors' major assets would either be sold or conveyed to the respective lien holders, and the cash proceeds, net of liquidation-related costs, would then be distributed to creditors. Although the liquidation of some assets might not require nine months, other assets would be more difficult to collect or sell, thus requiring a substantially longer liquidation period. The liquidation period would allow for the collection of receivables, the orderly sale of fixed assets, and the orderly wind-down of daily operations. For certain assets, liquidation values were assessed for general classes of assets by estimating the percentage recoveries that a trustee might achieve through an orderly disposition.

The Liquidation Analysis presents the liquidation of the Debtors on a consolidated basis. Proceeds realized from each Debtor are aggregated in a common distribution source. For purposes of distribution, each and every Claim asserted against or Interest in any Debtor is presumed to be entitled to a distribution from the aggregated proceeds. Any Claim against a Debtor and any guarantee thereof executed by any other Debtor and any joint or several liability of any of the Debtors are deemed to have one right to a distribution from the aggregated proceeds. If separate liquidation analyses were to be presented for each of

RathGibson, Inc., Greenville Tube Company, RG Tube Holdings LLC, and RGCH Holdings Corp., the analysis would show none of these companies would have funds available for distribution to unsecured creditors.

ESTIMATE OF NET PROCEEDS

Liquidation values have been estimated based upon the percentage of recovery of the gross book value that a chapter 7 trustee might achieve or, in certain circumstances, recent appraised values.

ESTIMATE OF COSTS

Proceeds from a liquidation would be reduced by administrative costs incurred during the liquidation period. These costs would include fees payable to a trustee in bankruptcy and professional advisors to the trustee, salaries, occupancy, costs of removing machinery and equipment, costs of shutting plants and costs of the claims reconciliation and adjudication process.

DISTRIBUTION OF NET PROCEEDS

Under a chapter 7 liquidation, all secured claims are required to be satisfied from the proceeds of the collateral securing such claims before any such proceeds would be distributed to any other creditors. This analysis assumes the application of the rule of absolute priority of distributions with respect to the remaining proceeds of the Debtors. Under that rule, no junior creditor receives any distribution until all senior creditors are paid in full. To the extent that proceeds remain after satisfaction of all secured claims, the proceeds would first be distributed to the holders of Administrative Claims,[1] then to Priority Claims and finally to the Unsecured Claims.

It is likely that the pool of General Unsecured Claims would be significantly larger in a chapter 7 liquidation than in a chapter 11 restructuring, which would dilute any potential recoveries to other holders of General Unsecured Claims. No attempt has been made to estimate additional General Unsecured Claims, including claims that would arise as a result of rejection damages, that may result under a chapter 7 liquidation.

The Liquidation Analysis assumes that there are no recoveries from the pursuit of any potential preferences, fraudulent conveyances, or other causes of action and does not include the estimated costs of pursuing those actions.

The following Liquidation Analysis should be reviewed in conjunction with the accompanying notes.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

## NOTES TO LIQUIDATION ANALYSIS

*Note A – Organization and Ownership*

This analysis assumes the liquidation of, RG Tube Holdings LLC, RGCH Holdings Corp., RathGibson, Inc., Greenville Tube Company and their subsidiaries.

*Note B - Book Values at May 31, 2010*

Unless stated otherwise, the book values used in the Liquidation Analysis are the unaudited net book values as of May 31, 2010.

*Note C - Cash and Cash Equivalents*

The Liquidation Analysis assumes that operations during the liquidation period would not generate additional cash available for distribution except for net proceeds from the disposition of non-cash assets. It is assumed that cash and cash equivalents of approximately $21.7 million projected to be in the Debtors' accounts are fully collectible.

*Note D - Accounts Receivable*

The analysis of accounts receivable assumes that a chapter 7 trustee would retain certain existing staff of the Debtors to handle an aggressive collection effort for outstanding trade accounts receivable. Collections during a liquidation of the Debtors may be significantly compromised as customers may attempt to set off outstanding amounts owed to the Debtors against alleged damage and breach of contract claims. The liquidation value of accounts receivable was estimated by applying a recovery factor consistent with the Debtors' experience in collecting accounts receivable and the expectation of additional attempts to set off. The estimate also considers the inevitable difficulty a liquidating company has in collecting its receivables and any concessions that might be required to facilitate the collection of certain accounts. Estimated recoveries are from 65% to 75% of net accounts receivable.

*Note E – Inventories*

Inventories consist principally of stainless steel, titanium and carbon tubing and pipe and other raw materials necessary to produce them. In April 2009, a third party appraiser provided an appraisal of the Debtors' inventory for the benefit of the Debtors then prepetition secured lender. Based on this appraisal, the Debtors estimated the projected gross recoveries from the orderly liquidation of inventory based upon April 2009 inventory levels was approximately $30.5 million. In order to estimate the projected gross recoveries currently, the Debtors have utilized the same implied recovery rates from the April 2009 report (as a percentage of gross inventory) and applied these rates to the current respective inventory levels. Based upon these implied recovery rates, the Debtors estimate the projected gross recoveries from the orderly liquidation of inventory to be approximately $25.0 million. Costs of sale as estimated in the appraisal have been incorporated into the costs associated with liquidation described below.

*Note F—Other Current Assets*

Other current assets include prepaid payroll, prepaid taxes, prepaid insurance, prepaid rent, income taxes receivable, deferred taxes, and other prepaid expenses and deposits. The Debtors estimate that these assets will have no value in a liquidation.

*Note G—Property, Plant & Equipment, Net*

In September 2009, a third party appraiser provided an appraisal of the Debtors' machinery and equipment on behalf of a potential secured lender. The estimated recovery of the Debtor's machinery and equipment was $13.6 million based upon the values prescribed in the September 2009 appraisal report. We have relied upon this appraisal for the purposes of estimating liquidation value of the Debtor's machinery and equipment. Costs of sale as estimated in the appraisal have been incorporated into the costs associated with liquidation described below. The Liquidation Analysis does not include any value associated with equipment held under capital leases. Equipment held under such leases is assumed to be returned to the respective lessor in satisfaction of their secured claim.

For the purposes of this analysis, it is assumed that the Debtors' property and equipment (primarily computers, office equipment, fixtures and fittings), which is not included in the aforementioned appraisal, would have a liquidation value range of 5%-10% of gross book value.

*Note H – Goodwill and Other Intangibles*

Goodwill and Other Intangibles includes goodwill, tradenames, proprietary technology and customer relationships. It is estimated that these assets would have no value in a chapter 7 liquidation.

*Note I – Other Non-Current Assets*

Other non-current assets include deferred financing costs. It is estimated that these assets will have no value in a Chapter 7 liquidation.

*Note J – Costs Associated with Liquidation*

Corporate payroll and certain operating costs during the liquidation are based upon the assumption that certain corporate functions would be retained to oversee the liquidation process. The remaining staff would also be needed to maintain and close the accounting records and to complete certain administrative tasks including payroll and tax forms and records. These costs are assumed to range from $150,000 to $300,000.

Estimated costs for liquidating plant and machinery and inventory are based upon the appraisals referred to above. Certain operating costs, including plant employee costs and liquidation commissions have been assumed in these appraisals. These costs total approximately $5.9 million.

Chapter 7 trustee fees include those fees associated with the appointment of a chapter 7 trustee in accordance with section 326 of the Bankruptcy Code. Trustee fees are calculated at 3% of the gross proceeds of the liquidation (excluding cash).

Chapter 7 professional fees include legal, and accounting fees expected to be incurred during the nine month liquidation period and not already deducted from liquidation values. Professional fees for legal, accounting and other staff to assist the estates and the chapter 7 trustee with the process are assumed to range from $1 million to $1.5 million.

*Note K – Secured Claims*

For purposes of the Liquidation Analysis, management has assumed that Secured Claims consist of the estimated amount owed under the DIP Credit Agreement, the IRB and any accrued interest. Total Secured Creditor Claims are estimated to be $81.7 million, including the amount owed under the DIP Credit Agreement, IRB and pre petition accrued interest thereon.

*Note L – Administrative and Priority Claims*

Administrative and priority claims include professional fee claims, estimated accrued compensation and benefit amounts, up to the maximum of $10,950 per employee as provided under section 507(a)(4), claims entitled to priority under section 503(b)(9) of the Bankruptcy Code, the IRB and accrued interest and estimated Priority Tax Claims. Professional fees assume current monthly rates for all professionals currently involved in the Debtors chapter 11 cases for a period of two months plus unpaid holdback amounts. Total Administrative and Priority Claims are estimated to be $21.1 million.

*Note M – Unsecured Claims*

For purposes of the Liquidation Analysis, management has assumed that general unsecured claims will consist of estimated Senior Notes Claims and General Unsecured Claims. The Liquidation Analysis does not attempt to estimate potential additional General Unsecured Claims that likely would arise as a result of the termination of the Debtors' business. Such additional claims likely would result from a cessation of operations as contemplated herein and would likely be substantial in amount. Senior Note Claims and General Unsecured Claims are assumed to be paid on a pro rata basis from the net liquidation proceeds available, if any, after the payment of all other Claims.

**RathGibson, Inc., et al.**
Hypothetical Liquidation Analysis
Consolidated Balance Sheet
($ US)

| | Book Value (Unaudited) 5/31/2010 | Notes | Assumed Recovery Percentage Low | Assumed Recovery Percentage High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | |
| Cash | $ 21,207,000 | C | 100.0% | 100.0% | $ 21,207,000 | $ 21,207,000 |
| Accounts Receivable, Gross | 26,420,300 | | | | | |
| Less: Reserve for Bad Debts | (181,000) | | | | | |
| Net Accounts Receivable | 26,239,300 | D | 65.0% | 75.0% | $ 17,055,545 | 19,679,475 |
| Inventories | | | | | | |
| Raw Materials | 31,280,300 | E | 46.8% | 46.8% | $ 14,639,180 | 14,639,180 |
| Work-in-Process | 3,330,900 | E | 45.9% | 45.9% | 1,528,883 | 1,528,883 |
| Finished Goods | 13,173,000 | E | 67.2% | 67.2% | 8,852,256 | 8,852,256 |
| Total Inventory, Gross | 47,784,200 | | 52.4% | 52.4% | $ 25,020,320 | 25,020,320 |
| Prepaid Expenses and Other | 2,884,100 | F | 0.0% | 0.0% | — | — |
| Refundable Income Taxes | 2,498,000 | F | 100.0% | 100.0% | 2,498,000 | 2,498,000 |
| Deferred Income Taxes | 212,900 | F | 0.0% | 0.0% | — | — |
| Total Current Assets | 100,825,500 | | | | | |
| **PROPERTY, PLANT AND EQUIPMENT, NET:** | | | | | | |
| Land and land improvements | — | G | 0.0% | 0.0% | — | — |
| Buildings and structures | 848,300 | G | 0.0% | 0.0% | — | — |
| Leasehold improvements | | G | 0.0% | 0.0% | — | — |
| Machinery and equipment | 29,975,400 | G | 45.3% | 45.3% | 13,566,300 | 13,566,300 |
| Office furniture and fixtures | 743,100 | G | 5.0% | 10.0% | 37,155 | 74,310 |
| Construction in progress | 1,752,300 | G | 0.0% | 0.0% | — | — |
| Property, Plant and Equipment, Gross | 33,319,100 | | 40.8% | 40.9% | $ 13,603,455 | 13,640,610 |
| Less Accumulated Depreciation | (744,400) | | | | | |
| Property, Plant and Equipment, Net | 32,574,700 | G | 41.8% | 41.9% | $ 13,603,455 | 13,640,610 |
| **OTHER ASSETS:** | | | | | | |
| Goodwill | 1,379,500 | H | 0.0% | 0.0% | $ — | $ — |
| Intangible Assets, Gross | 18,783,600 | H | 0.0% | 0.0% | — | — |
| Deferred Financing Costs and Other | 1,719,900 | I | 0.0% | 0.0% | — | — |
| Total Other Assets | 21,883,000 | | | | | |
| Total Assets | $ 155,283,200 | | | | | |
| Preliminary Liquidation Value Range | | | | | $ 76,866,320 | $ 79,547,405 |
| Costs Associated with Liquidation | | | | | 9,462,990 | 8,733,157 |
| Net Estimated Proceeds Available for Distribution | | | | | $ 67,423,330 | $ 70,814,248 |

# RathGibson, Inc., et al.
Hypothetical Liquidation Distribution Summary
*($Millions)*

|  | Estimated Liquidation Value | |
|---|---|---|
|  | Low | High |
| Net Estimated Proceeds Available for Distribution | $67.4 | $70.8 |
| Less: Secured Credit Facilities | $81.7 | $81.7 |
|  | (14.3) | (10.9) |
| Hypothetical Recovery to Secured Claims | 82.5% | 86.7% |
| Proceeds Available After Secured Claims | $0.0 | $0.0 |
| Less: Administrative and Priority Claims: | 21.2 | 21.2 |
|  | (21.2) | (21.2) |
| Hypothetical Recovery to Administrative and Priority Claims | 0.0% | 0.0% |
| Proceeds Available after Administrative and Priority Claims | 0.0 | 0.0 |
| Less Total Unsecured Claims |  |  |
| Unsecured Debt - Senior Unsecured Notes | $209.3 | $209.3 |
| General Unsecured Claims [3] | 6.6 | 6.6 |
| Total Unsecured Claims | $215.9 | $215.9 |
| Hypothetical Recovery to Unsecured Claims | 0.0% | 0.0% |
| Net Estimated Deficiency to Unsecured Claims | ($215.9) | ($215.9) |