# EXHIBIT D

**Ballots**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------X
In re                                        :    Chapter 11
                                             :
RathGibson, Inc., et al.,¹                   :    Case No. 09-12452 (CSS)
                                             :
                    Debtors.                 :    Jointly Administered
                                             :
                                             :
------------------------------------------------------------------------X
```

## BALLOT FOR CLASS 2 OTHER SECURED CLAIMS (GE CAPITAL FRANCHISE CORPORATION CLAIMS ONLY) FOR ACCEPTING OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.

> **THE VOTING DEADLINE BY WHICH YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THE GARDEN CITY GROUP, INC. IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE"). IF YOUR BALLOT IS NOT RECEIVED ON OR PRIOR TO THE VOTING DEADLINE, THE VOTE REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy (a) free of charge (i) on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (www.rathrestructuring.com), or (ii) by request to Troy Bollman (tbollman@ycst.com); or (b) for a charge (x) through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or (y) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website (a PACER password is required). Copies of the Disclosure Statement also are available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Plan or the Order approving the Disclosure Statement, as applicable.

## PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> **PLEASE COMPLETE ALL ITEMS BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Principal Amount of Class 2 Claim Being Voted:**

$_____

**Item 2. Class Vote.** The undersigned, a holder of a Class 2 Claim, in the amount set forth above, votes to (check one box):

☐ **Accept** the Plan.          ☐ **Reject** the Plan.

---

¹     The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

**Item 3. Opt-Out Election.** Check this box if you elect <u>not</u> to grant the releases contained in Section 12.6 of the Plan as they relate to the parties set forth in Section 12.6 of the Plan. Election to withhold consent is at your option. If you submit your ballot without this box checked, you will be deemed to consent to the releases set forth in Section 12.6 of the Plan.

☐  **The undersigned elects <u>not</u> to grant the releases set forth in Section 12.6 of the Plan.**

**Item 4. Tax Information.**

   Under penalties of perjury, claimant certifies that:

  A.   Claimant's correct taxpayer identification number is:

      (Social Security Number) ____-__-____,

      (or Employer Identification Number) ___-_____; and

  B.   Please check the Appropriate Box(es):

      Claimant is not subject to backup withholding because:

    ☐  (a)  Claimant is exempt from backup withholding;

    ☐  (b)  Claimant has not been notified by the Internal Revenue Service ("<u>IRS</u>") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

    ☐  (c)  The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 5. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. By signing this Ballot, you are also acknowledging that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**PLEASE MAKE SURE YOU HAVE PROVIDED ALL INFORMATION REQUESTED ON THIS BALLOT.** PLEASE READ AND FOLLOW THE INSTRUCTIONS SET FORTH BELOW CAREFULLY. PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS ACTUALLY RECEIVED BY THE BALLOTING AGENT BY 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010.

# INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 2 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at:

*(if mailed)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
PO Box 9396
Dublin, Ohio 43017-4296

*(if sent by personal delivery or overnight courier)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

**To have your vote counted, you must complete, sign, and return this Ballot so that it is <u>actually received</u> by the Balloting Agent at the address set forth above not later than <u>May 11, 2010 at 4:00 p.m.</u> (prevailing Eastern Time) (the "<u>Voting Deadline</u>"). <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted, except in the Debtors' sole discretion.</u>** If neither the "accept" nor the "reject" box is checked in Item 2 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted. If both the "accept" and the "reject" boxes are checked in Item 2 for an otherwise properly completed, executed and timely return Ballot, the Ballot will not be counted.

2.      If you hold Claims or Interests in more than one voting Class under the Plan (*e.g.,* you hold a Class 2 Claim and Class 4(a) Claim) you should receive a Ballot for each such category of Claims or Interests, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims or Interests described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting Class 2 Claims (GE Capital Franchise Corporation claims only).** You must vote all your Claims or Interests within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims or Interests within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>").  The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.,* the right of the Debtors to contest the amount or validity of any Claim for purposes of distribution under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **May 4, 2010 at 4:00 p.m.** (prevailing Eastern Time).  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or Interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received valid Ballot will supersede any prior Ballots.

6.      It is important that you vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). <u>The votes of the Claims actually voted in your Class will bind those who do not vote.</u>  If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan: (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

7.      Your signature is required in order for your vote to be counted.  If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner.  If the Claim is held by a corporation, the Ballot must be executed by an officer.  If you are signing in a representative capacity, also indicate your title after your signature.

8.      This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.  Holders should not surrender, at this time, certificates (if any) representing their securities.  No party will accept delivery of any such certificates surrendered together with this Ballot.  Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.

DB02:9474125.1                                                                                                                    068401.1001

9.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.  **PLEASE NOTE THAT THE BALLOTING AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

10.      PLEASE RETURN YOUR BALLOT PROMPTLY.

IF YOU (I) ARE THE HOLDER OF A SENIOR NOTES CLAIM AND HAVE NOT RECEIVED A SEPARATE BALLOT FROM YOUR INTERMEDIARY, OR (II) HAVE RECEIVED A DAMAGED BALLOT, OR (III) HAVE LOST YOUR BALLOT, OR (IV) HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT YOUR MASTER BALLOTING AGENT, OR THE GARDEN CITY GROUP, INC. AT **(888) 282-1244**.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------------X
In re                                              :        Chapter 11
                                                   :
RathGibson, Inc., et al.,¹                         :        Case No. 09-12452 (CSS)
                                                   :
                              Debtors.             :        Jointly Administered
                                                   :
                                                   :
-----------------------------------------------------------------------X
```

## INDIVIDUAL BALLOT FOR CLASS 3(b) RATH GENERAL
## UNSECURED CLAIMS (SENIOR NOTES CLAIMS ONLY) FOR ACCEPTING
## OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.

> **YOUR VOTE IS BEING PROCESSED BY AN INTERMEDIARY. ACCORDINGLY, TO BE COUNTED, YOUR VOTE MUST BE <u>ACTUALLY RECEIVED</u> BY THE INTERMEDIARY BY MAY 6, 2010 AT 12:00 NOON (PREVAILING EASTERN TIME) OR SUCH OTHER DATE AND TIME AS THE INTERMEDIARY MAY AGREE THAT ALLOWS THE INTERMEDIARY SUFFICIENT TIME TO PROCESS THE BALLOT.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy (a) free of charge (i) on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (www.rathrestructuring.com), or (ii) by request to Troy Bollman (tbollman@ycst.com); or (b) for a charge (x) through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or (y) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website (a PACER password is required). Copies of the Disclosure Statement also are available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Plan or the Order approving the Disclosure Statement, as applicable.

## PLEASE READ THE ATTACHED VOTING INFORMATION AND
## INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> PLEASE COMPLETE ALL ITEMS BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Principal Amount of Claim Being Voted:**

$_____

| Series | Name of Broker, Bank, Dealer or other Nominee | Account Number |
|---|---|---|
| 11.25% Senior Notes Due 2014; CUSIP No. 75409FAC9 | | |

---

¹ The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

**Item 2. Class Vote.** The undersigned, a holder of a Class 3(b) Claim, or the investment manager or advisor for a holder of a Class 3(b) Claim, in the amount set forth above, votes to (check <u>one</u> box):

☐      **Accept** the Plan.          ☐      **Reject** the Plan.

**Item 3. Opt-Out Election.** Check this box if you elect <u>not</u> to grant the releases contained in Section 12.6 of the Plan as they relate to the parties set forth in Section 12.6 of the Plan. Election to withhold consent is at your option. If you submit your ballot without this box checked, you will be deemed to consent to the releases set forth in Section 12.6 of the Plan.

☐      **The undersigned elects <u>not</u> to grant the releases set forth in Section 12.6 of the Plan.**

**Item 4. Tax Information**

Under penalties of perjury, claimant certifies that:

A.      Claimant's correct taxpayer identification number is:

         (Social Security Number) ____-__-____,

         (or Employer Identification Number) ___-_____; and

B.      Please check the Appropriate Box(es):

         Claimant is not subject to backup withholding because:

☐      (a) Claimant is exempt from backup withholding;

☐      (b) Claimant has not been notified by the Internal Revenue Service ("<u>IRS</u>") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

☐      (c) The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 5.**

By returning this Ballot, the undersigned certifies that either: (i) he/she has not submitted any other Ballots for or on account of his/her Senior Notes Claims held in other accounts or other record names; or (ii) he/she has provided the information specified in the following tables for all other Senior Notes Claims for which he/she has submitted additional Ballots (using additional paper if necessary).

| Other Ballots Cast in Respect of Senior Notes Claims | | | | |
|---|---|---|---|---|
| Your Customer Account Number With the Master Ballot Agent That Sent You This Ballot | Your Name or Customer Account Number for Other Account For Which Ballot Has Been Submitted | CUSIP OR ISIN NUMBER | Name of Broker, Bank, Dealer, or Other Agent or Nominee for Other Account For Which Ballot Has Been Submitted (if applicable) | Principal Amount of Applicable Senior Notes For Which Ballot Has Been Submitted |
| | | | | |
| | | | | |
| | | | | |

DB02:9466655.2          068401.1001

**Item 6. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. By signing this Ballot, you are also acknowledging that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**PLEASE MAKE SURE YOU HAVE PROVIDED ALL INFORMATION REQUESTED ON THIS BALLOT.** PLEASE READ AND FOLLOW THE INSTRUCTIONS SET FORTH BELOW CAREFULLY. PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS ACTUALLY RECEIVED BY EITHER THE BROKER, BANK, DEALER OR OTHER AGENT OR NOMINEE THAT SENT YOU THIS BALLOT, BY 12:00 NOON (PREVAILING EASTERN TIME) ON MAY 6, 2010 OR SUCH OTHER DATE AND TIME AS THE INTERMEDIARY MAY AGREE THAT ALLOWS THE INTERMEDIARY SUFFICIENT TIME TO PROCESS THE BALLOT.

DB02:9466655.2

068401.1001

1.      In the boxes provided in Item 2 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all information requested and sign, date and return the Ballot to your Master Ballot Agent. AN ENVELOPE ADDRESSED TO YOUR MASTER BALLOT AGENT IS ENCLOSED FOR YOUR CONVENIENCE.

**To have your vote counted, you must complete, sign, and return this Ballot so that it is actually received by the broker, bank, dealer or other agent or intermediary that sent you this Ballot (as applicable, the "Master Ballot Agent") at the address provided by your Master Ballot Agent not later than 12:00 Noon (prevailing Eastern Time), on May 6, 2010, to enable the applicable Master Ballot Agent to submit a Master Ballot by May 11, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). Ballots submitted by facsimile, email or other electronic transmission will not be counted, except in the Debtors' sole discretion.** If neither the "accept" nor the "reject" box is checked in Item 2 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted. If both the "accept" and the "reject" boxes are checked in Item 2 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims or Interests in more than one voting Class under the Plan (*e.g.*, you hold a Class 3(b) Claim and Class 4(a) Claim) you should receive a Ballot for each such category of Claims or Interests, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims or Interests described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 3(b) Claims (Senior Notes Claims only).** You must vote all your Claims or Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims or Interests within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than May 4, 2010 at 4:00 p.m. (prevailing Eastern Time). Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or Interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      It is important that you vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). The votes of the Claims actually voted in your Class will bind those who do not vote. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan: (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

7.      Your signature is required in order for your vote to be counted. If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

8.      This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates (if any) representing their securities. No party will accept delivery of any such certificates surrendered together with this Ballot. Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.

9.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT. **PLEASE NOTE THAT THE DEBTORS' BALLOTING AGENT, THE GARDEN CITY GROUP, INC., IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

10.     PLEASE RETURN YOUR BALLOT PROMPTLY.

IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT YOUR MASTER BALLOTING AGENT, OR THE GARDEN CITY GROUP AT **(888) 282-1244**.

4

```
-----------------------------------------------------------------------X
In re                                                 :     Chapter 11
                                                      :
RathGibson, Inc., et al.,¹                            :     Case No. 09-12452 (CSS)
                                                      :
                                Debtors.              :     Jointly Administered
                                                      :
                                                      :
-----------------------------------------------------------------------X
```

**MASTER BALLOT FOR CLASS 3(b) RATH GENERAL**
**UNSECURED CLAIMS (SENIOR NOTES CLAIMS ONLY) FOR ACCEPTING**
**OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.**
FOR USE BY BROKERS, BANKS, DEALERS AND OTHER AGENTS OR
NOMINEES FOR BENEFICIAL HOLDERS OF RATHGIBSON, INC'S 11.25%
SENIOR NOTES DUE 2014, CUSIP NO. 75409FAC9

---

> **THE VOTING DEADLINE BY WHICH YOUR MASTER BALLOT MUST BE ACTUALLY**
> **RECEIVED BY THE GARDEN CITY GROUP, INC. IS 4:00 P.M. (PREVAILING**
> **EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE") OR THE VOTES**
> **REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.**

---

This Master Ballot is to be used by you, as a broker, bank, dealer or other agent or nominee (or as a proxy holder or agent) (each of the foregoing, a "Nominee"), for summarizing the votes cast by beneficial holders of the Senior Notes Claims to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (as may be further amended, modified or supplemented from time to time, the "Plan") described in the accompanying Disclosure Statement for the Plan (the "Disclosure Statement") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Before you transmit such votes, please review the Disclosure Statement carefully.

It is important that you and the beneficial holders vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you and your customers if it is accepted by the holders of at least two-thirds in amount and more than half in number of Claims actually voting in each voting class of Claims. The votes of the Claims actually voted in each Class will bind those who do not vote. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if at least one impaired class of Claims has accepted the Plan and the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class(es) rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY, COMPLETE, SIGN, AND DATE THIS MASTER BALLOT, AND RETURN IT SO THAT IT IS RECEIVED BY THE GARDEN CITY GROUP, THE BALLOTING AGENT, BEFORE THE VOTING DEADLINE OF 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010. IF THIS MASTER BALLOT IS NOT COMPLETED, SIGNED, AND TIMELY RECEIVED, THE VOTES TRANSMITTED BY THIS MASTER BALLOT WILL NOT BE COUNTED.**

Item 1.    **Certification of Authority to Vote**. The undersigned certifies that the undersigned (please check all applicable boxes):

      ❑   Is a Nominee for the beneficial holder(s) of the aggregate principal amount of the Senior Notes Claims listed in Item 2 below, and is the registered holder or agent of the instruments evidencing such Claims, or

      ❑   Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a Nominee that is the registered holder or agent of the aggregate principal amount of the Senior Notes Claims listed in Item 2 below, or

      ❑   Has been granted a proxy (an original of which is attached hereto) from a Nominee that is the registered holder of or agent for the aggregate principal amount of Senior Notes Claims listed in Item 2 below,

and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the beneficial holder(s) of the Senior Notes Claims described in Item 2 below.

---

¹    The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

Item 2.    Class 3(b) Rath General Unsecured Claims (Senior Notes Claims only) Vote. **The undersigned certifies that:**

    a.    **Acceptances.** _____ beneficial holders of Senior Notes Claims in the aggregate unpaid principal amount of $_____ have delivered duly completed individual Ballots to the undersigned voting to accept the Plan; and

    b.    **Rejections.** _____ beneficial holders of Senior Notes Claims in the aggregate unpaid principal amount of $_____ have delivered duly completed individual Ballots to the undersigned voting to reject the Plan; and

| c. | Your Customer Account Number for Each Beneficial Holder | Principal Amount of Senior Notes Claims Voted: | | Did Beneficial Holder Opt-Out of Releases in Section 12.6 of Plan (Item 3 on Individual Ballot)? |
|---|---|---|---|---|
| | | To Accept the Plan | To Reject the Plan | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(please attach additional sheets if necessary)

Item 3.    **Beneficial Holder Information.** The undersigned certifies that the information provided above (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial holders of the holders of Senior Notes Claims as identified by their respective account numbers, that have delivered duly completed individual Ballots to the undersigned voting to accept or reject the Plan.

Item 4.    **Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 5 of each individual Ballot received from a beneficial holder of Senior Notes Claims:

| Information to be Transcribed from Item 5 of Customers' Individual Ballots Regarding Other Ballots Cast in Respect of Senior Notes Claims | | | | |
|---|---|---|---|---|
| Your Customer Account Number | Beneficial Holder's Name or Customer Account Number for Other Account | Your CUSIP or ISIN Number | Name of Broker, Dealer, or Other Agent or Nominee for Other Account (if applicable) | Principal Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DB02:9466655.2

068401.1001

Item 5.   **Certification.** By signing this Master Ballot, the undersigned certifies that each beneficial holder whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statement, the Plan, and all other applicable solicitation materials and that the individual Ballots received from each beneficial holder or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Voting Deadline. In addition, YOU ARE REQUIRED TO RETAIN COPIES OF THE UNDERLYING BALLOTS RECEIVED FROM THE BENEFICIAL HOLDERS FOR INSPECTION FOR A PERIOD OF ONE YEAR FOLLOWING THE VOTING DEADLINE.

Item 6.   **Registered Holder.** The undersigned certifies that it is the registered holder in its own name or through a position held at a securities depository with respect to the Senior Notes Claims identified in Item 2 above.

SIGNED: _____

NAME OF CLAIMANT/NOMINEE: _____

TITLE: _____

TAX I.D. OR

SOCIAL SECURITY NUMBER: _____

IF AUTHORIZED BY AGENT,

NAME AND TITLE: _____

NAME OF INSTITUTION: _____

STREET ADDRESS: : _____

CITY, STATE, ZIP: _____

TELEPHONE NO.: _____

DATED: _____

THIS MASTER BALLOT MUST BE ACTUALLY RECEIVED BY THE GARDEN CITY GROUP (THE "BALLOTING AGENT"), BEFORE 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010, OR THE VOTES TRANSMITTED HEREBY WILL NOT BE COUNTED.

PLEASE NOTE: THE GARDEN CITY GROUP WILL *NOT* ACCEPT BALLOTS OR MASTER BALLOTS BY FACSIMILE OR OTHER ELECTRONIC TRANSMISSION, EXCEPT IN THE DEBTORS' SOLE DISCRETION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, INDIVIDUAL BALLOTS, DISCLOSURE STATEMENT, OR OTHER RELATED MATERIALS, PLEASE CONTACT THE GARDEN CITY GROUP AT (888) 282-1244.

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT[2]

On April 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") for the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") and directed the above-captioned debtors and debtors in possession (the "Debtors") to solicit votes with regard to the approval or rejection of the Plan, attached as an exhibit thereto. The Debtors are soliciting votes of your customers or constituents who are beneficial holders of Senior Notes Claims on the Plan. The Disclosure Statement and Plan are contained on the CD-ROM sent to you with this Master Ballot. This Master Ballot is to identify the vote of your customers or constituents who hold Senior Notes Claims under the Plan.

To have the vote of your customers count, you should deliver the Disclosure Statement, Plan and an individual Ballot to each beneficial holder for whom you hold Claims and you must **COMPLETE, SIGN AND RETURN THIS MASTER BALLOT SO THAT IT IS ACTUALLY RECEIVED BY THE GARDEN CITY GROUP (NOT LATER 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE").** Ballots should be returned to the following address:

*(if mailed)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
PO Box 9396
Dublin, Ohio 43017-4296

*(if sent by personal delivery or overnight courier)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

**YOU ARE REQUIRED TO: (I) RETURN COPIES OF ALL COMPLETED, SIGNED BALLOTS TO THE BALLOTING AGENT; AND (II) RETAIN COPIES OF THE UNDERLYING BALLOTS RECEIVED FROM THE BENEFICIAL HOLDERS FOR INSPECTION FOR A PERIOD OF ONE YEAR FOLLOWING THE VOTING DEADLINE.**

This Master Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan. **Holders should not surrender, at this time, certificates (if any) representing their securities. Neither the Debtors nor The Garden City Group will accept delivery of any such certificates surrendered together with this Master Ballot. Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.**

If you are transmitting the votes of any beneficial holders of Senior Notes Claims other than yourself, you must deliver the Ballot, the Disclosure Statement (with the Plan attached) provided on CD-ROM, the Order approving the Disclosure Statement, the Confirmation Hearing Notice, a copy of the letter from the Creditors' Committee indicating its support of the Plan and any other materials requested to be forwarded to the beneficial holders within five (5) business days after receipt of the aforementioned items. Such beneficial holders must complete and execute the Ballot voting to accept or reject the Plan, and return the completed, executed Ballot to you prior to 12:00 Noon (prevailing Eastern Time) on May 6, 2010 (or such other time and date as you may agree) so that you can complete the Master Ballot and deliver it to The Garden City Group before the Voting Deadline.

With respect to all Ballots returned to you, you must properly complete the Master Ballot as follows:

1.  Check the appropriate box(es) in Item 1 on the Master Ballot.

2.  Indicate the votes to accept or reject the Plan in Item 2 of this Master Ballot, as transmitted to you by the beneficial holders of Senior Notes Claims. **IMPORTANT: EACH HOLDER OF A CLAIM MUST VOTE *ALL* OF HIS, HER, OR ITS CLAIMS IN A CLASS *EITHER* TO ACCEPT OR REJECT THE PLAN. IF ANY HOLDER DOES NOT INDICATE AN ACCEPTANCE OR REJECTION**

---

[2] Capitalized terms used but not defined in these instructions have the meanings set forth in the Plan or the Order approving, among other things, the Disclosure Statement.

DB02:9466655.2                                                                                          068401.1001

**OF THE PLAN, OR INDICATES BOTH AN ACCEPTANCE AND REJECTION OF THE PLAN WITH RESPECT TO ITS CLAIMS, SUCH VOTE SHOULD NOT BE COUNTED. HOLDERS OF CLAIMS MAY NOT SPLIT THEIR VOTES WITH RESPECT TO THEIR CLAIMS. IF ANY HOLDER OF A CLAIM HAS ATTEMPTED TO SPLIT THEIR VOTE BY SUBMITTING A BALLOT THAT PARTIALLY ACCEPTS AND PARTIALLY REJECTS THE PLAN, AND ALLOCATES PORTIONS OF THEIR CLAIM IN SUCH MANNER, SUCH VOTE MAY NOT BE COUNTED.**

3. Please note that Item 4 of this Master Ballot requests that you transcribe the information provided by each beneficial holder from Item 5 of each completed Individual Class 3(b) Ballot. Please also include your customer account number for each entry in Item 4.

4. Independently verify and confirm the accuracy of the information provided with respect to each beneficial holder of Senior Notes Claims.

5. Review the certifications in Items 5 and 6 of the Master Ballot.

6. Sign and date the Master Ballot, and provide the remaining information requested.

7. If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding.

8. Return the completed Master Ballot to The Garden City Group, Inc. at the address set forth above.

9. Deliver the completed executed Master Ballot so as to be actually *received* by The Garden City Group, Inc. before the Voting Deadline. For each completed, executed Master Ballot returned to you by a beneficial holder of a Senior Notes Claim, forward such Ballot (along with your Master Ballot) to The Garden City Group, Inc. and retain such Ballots in your files for one year from the Voting Deadline.

10. Votes cast by beneficial holders of Senior Notes Claims through a Nominee should be applied against the positions held by such entities in the applicable security as of the Voting Record Date, as evidenced by the record and depository listings. Votes submitted by a Nominee, pursuant to a Master Ballot, will not be counted in excess of the Record Amount of such securities held by such Voting Nominee.

11. To the extent that conflicting votes or "overvotes" are submitted by a Nominee, the Balloting Agent, in good faith, will attempt to reconcile discrepancies with the Nominees.

12. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

13. After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

## PLEASE NOTE:

All Ballots are for voting purposes only and do not constitute, and shall not be deemed, a proof of Claim, an assertion of a Claim, or an admission by the Debtors of the validity of a Claim.

No fees commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. We will, however, upon request, reimburse you for customary mailing and handling expenses incurred by you in forwarding the Individual Ballots and other enclosed materials to the beneficial holders of Senior Notes Claims held by you as a Nominee or in a fiduciary capacity.

Claimants submitting multiple ballots in respect of the same Claim shall be deemed to have voted in the manner of the last valid ballot cast.

If you have any questions relating to this Master Ballot, please contact the Balloting Agent at **(888) 282-1244**.

---

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL RENDER YOU OR ANY OTHER PERSON THE AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.**

DB02:9466655.2

068401.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re                                    :    Chapter 11
                                         :
RathGibson, Inc., et al.,¹               :    Case No. 09-12452 (CSS)
                                         :
                         Debtors.        :    Jointly Administered
                                         :
                                         :
-----------------------------------------------------X
```

**BALLOT FOR CLASS 3(b) RATH GENERAL UNSECURED CLAIMS (EXCLUDING SENIOR NOTES CLAIMS) FOR ACCEPTING OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.**

> **THE VOTING DEADLINE BY WHICH YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THE GARDEN CITY GROUP, INC. IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE"). IF YOUR BALLOT IS NOT RECEIVED ON OR PRIOR TO THE VOTING DEADLINE, THE VOTE REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy (a) free of charge (i) on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (www.rathrestructuring.com), or (ii) by request to Troy Bollman (tbollman@ycst.com); or (b) for a charge (x) through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or (y) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website (a PACER password is required). Copies of the Disclosure Statement also are available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Plan or the Order approving the Disclosure Statement, as applicable. **Any holder of a Senior Notes Claim in Class 3(b) must vote that portion of its Class 3(b) Rath General Unsecured Claim that is a Senior Notes Claim through a separate Ballot to be received from and processed by such holder's Intermediary. Votes in respect of Senior Notes Claims using this Ballot will not be counted.**

### PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> **PLEASE COMPLETE ALL ITEMS BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Principal Amount of Class 3(b) Claim Being Voted:**

$_____

**Item 2. Class Vote.** The undersigned, a holder of a Class 3(b) Claim, in the amount set forth above, votes to (check <u>one</u> box):

    ☐    **Accept** the Plan.          ☐    **Reject** the Plan.

---

¹      The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

**Item 3. Opt-Out Election.** Check this box if you elect <u>not</u> to grant the releases contained in Section 12.6 of the Plan as they relate to the parties set forth in Section 12.6 of the Plan. Election to withhold consent is at your option. If you submit your ballot without this box checked, you will be deemed to consent to the releases set forth in Section 12.6 of the Plan.

☐       **The undersigned elects <u>not</u> to grant the releases set forth in Section 12.6 of the Plan.**

**Item 4. Tax Information.**

Under penalties of perjury, claimant certifies that:

A.       Claimant's correct taxpayer identification number is:

(Social Security Number) ____-__-____,

(or Employer Identification Number) ___-_____; and

B.       Please check the Appropriate Box(es):

Claimant is not subject to backup withholding because:

☐     (a) Claimant is exempt from backup withholding;

☐     (b) Claimant has not been notified by the Internal Revenue Service ("<u>IRS</u>") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

☐     (c) The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 5. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. By signing this Ballot, you are also acknowledging that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**PLEASE MAKE SURE YOU HAVE PROVIDED ALL INFORMATION REQUESTED ON THIS BALLOT.** PLEASE READ AND FOLLOW THE INSTRUCTIONS SET FORTH BELOW CAREFULLY. PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS ACTUALLY RECEIVED BY THE BALLOTING AGENT BY 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010.

## INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 2 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at:

| (if mailed) | (if sent by personal delivery or overnight courier) |
|---|---|
| RGI Bankruptcy Administration | RGI Bankruptcy Administration |
| c/o The Garden City Group, Inc. | c/o The Garden City Group, Inc. |
| PO Box 9396 | 5151 Blazer Parkway, Suite A |
| Dublin, Ohio 43017-4296 | Dublin, Ohio 43017 |

**To have your vote counted, you must complete, sign, and return this Ballot so that it is <u>actually received</u> by the Balloting Agent at the address set forth above not later than <u>May 11, 2010 at 4:00 p.m.</u> (prevailing Eastern Time) (the "<u>Voting Deadline</u>"). <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted, except in the Debtors' sole discretion</u>.** If neither the "accept" nor the "reject" box is checked in Item 2 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted. If both the "accept" and the "reject" boxes are checked in Item 2 for an otherwise properly completed, executed and timely return Ballot, the Ballot will not be counted.

2.      If you hold Claims or Interests in more than one voting Class under the Plan (*e.g.*, you hold a Class 3(b) Claim and Class 4(a) Claim) you should receive a Ballot for each such category of Claims or Interests, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims or Interests described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 3(b) Claims (excluding Senior Notes Claims).** You must vote all your Claims or Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims or Interests within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **May 4, 2010 at 4:00 p.m.** (prevailing Eastern Time). Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or Interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received valid Ballot will supersede any prior Ballots.

6.      It is important that you vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). <u>The votes of the Claims actually voted in your Class will bind those who do not vote.</u> If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan: (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

7.      Your signature is required in order for your vote to be counted. If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

8.      This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates (if any) representing their securities. No party will accept delivery of any such certificates surrendered together with this Ballot. Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.

9.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.  **PLEASE NOTE THAT THE BALLOTING AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

10.    PLEASE RETURN YOUR BALLOT PROMPTLY.

IF YOU (I) ARE THE HOLDER OF A SENIOR NOTES CLAIM AND HAVE NOT RECEIVED
A SEPARATE BALLOT FROM YOUR INTERMEDIARY, OR (II) HAVE RECEIVED
A DAMAGED BALLOT, OR (III) HAVE LOST YOUR BALLOT, OR (IV) HAVE ANY QUESTIONS
CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT YOUR MASTER
BALLOTING AGENT, OR THE GARDEN CITY GROUP, INC. AT **(888) 282-1244**.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------X
In re                                          :        Chapter 11
                                               :
RathGibson, Inc., et al.,¹                     :        Case No. 09-12452 (CSS)
                                               :
                              Debtors.         :        Jointly Administered
                                               :
                                               :
-------------------------------------------------------------------X
```

## INDIVIDUAL BALLOT FOR CLASS 4(a) GREENVILLE GENERAL
UNSECURED CLAIMS (SENIOR NOTES GUARANTY CLAIMS ONLY) FOR ACCEPTING
OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.

> **YOUR VOTE IS BEING PROCESSED BY AN INTERMEDIARY. ACCORDINGLY, TO BE COUNTED, YOUR VOTE MUST BE ACTUALLY RECEIVED BY THE INTERMEDIARY BY MAY 6, 2010 AT 12:00 NOON (PREVAILING EASTERN TIME) OR SUCH OTHER DATE AND TIME AS THE INTERMEDIARY MAY AGREE THAT ALLOWS THE INTERMEDIARY SUFFICIENT TIME TO PROCESS THE BALLOT.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy (a) free of charge (i) on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (www.rathrestructuring.com), or (ii) by request to Troy Bollman (tbollman@ycst.com); or (b) for a charge (x) through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or (y) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website (a PACER password is required). Copies of the Disclosure Statement also are available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined herein have the meanings given to them in the Plan or the Order approving the Disclosure Statement, as applicable.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND
### INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> **PLEASE COMPLETE ALL ITEMS BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1. Principal Amount of Claim Being Voted:**

$_____

| Series | Name of Broker, Bank, Dealer or other Nominee | Account Number |
|---|---|---|
| Guaranty Claims Related to 11.25% Senior Notes Due 2014; CUSIP No. 75409FAC9 | | |

---

¹ The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

**Item 2. Class Vote.** The undersigned, a holder of a Class 4(a) Claim, or the investment manager or advisor for a holder of a Class 4(a) Claim, in the amount set forth above, votes to (check <u>one</u> box):

☐    **Accept the Plan.**        ☐    **Reject the Plan.**

**Item 3. Opt-Out Election.** Check this box if you elect <u>not</u> to grant the releases contained in Section 12.6 of the Plan as they relate to the parties set forth in Section 12.6 of the Plan. Election to withhold consent is at your option. If you submit your ballot without this box checked, you will be deemed to consent to the releases set forth in Section 12.6 of the Plan.

☐    **The undersigned elects <u>not</u> to grant the releases set forth in Section 12.6 of the Plan.**

**Item 4. Tax Information**

      Under penalties of perjury, claimant certifies that:

A.     Claimant's correct taxpayer identification number is:

        (Social Security Number)_____-__-_____,

        (or Employer Identification Number)___-_____; and

B.     Please check the Appropriate Box(es):

        Claimant is not subject to backup withholding because:

☐    (a) Claimant is exempt from backup withholding;

☐    (b) Claimant has not been notified by the Internal Revenue Service ("<u>IRS</u>") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

☐    (c) The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 5.**

By returning this Ballot, the undersigned certifies that either: (i) he/she has not submitted any other Ballots for or on account of his/her guaranty Claims in respect of the Senior Notes (the "<u>Senior Notes Guaranty Claims</u>") held in other accounts or other record names; or (ii) he/she has provided the information specified in the following tables for all other Senior Notes Guaranty Claims for which he/she has submitted additional Ballots (using additional paper if necessary).

| Other Ballots Cast in Respect of Senior Notes Guaranty Claims | | | | |
|---|---|---|---|---|
| Your Customer Account Number With the Master Ballot Agent That Sent You This Ballot | Your Name or Customer Account Number for Other Account For Which Ballot Has Been Submitted | CUSIP OR ISIN NUMBER | Name of Broker, Bank, Dealer, or Other Agent or Nominee for Other Account For Which Ballot Has Been Submitted (if applicable) | Principal Amount of Applicable Senior Notes For Which Ballot Has Been Submitted |
| | | | | |
| | | | | |
| | | | | |

**Item 6. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. By signing this Ballot, you are also acknowledging that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

**PLEASE MAKE SURE YOU HAVE PROVIDED ALL INFORMATION REQUESTED ON THIS BALLOT.** PLEASE READ AND FOLLOW THE INSTRUCTIONS SET FORTH BELOW CAREFULLY. PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS ACTUALLY RECEIVED BY EITHER THE BROKER, BANK, DEALER OR OTHER AGENT OR NOMINEE THAT SENT YOU THIS BALLOT, <u>BY 12:00 NOON (PREVAILING EASTERN TIME) ON MAY 6, 2010</u> OR SUCH OTHER DATE AND TIME AS THE INTERMEDIARY MAY AGREE THAT ALLOWS THE INTERMEDIARY SUFFICIENT TIME TO PROCESS THE BALLOT.

## INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 2 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to your Master Ballot Agent. AN ENVELOPE ADDRESSED TO YOUR MASTER BALLOT AGENT IS ENCLOSED FOR YOUR CONVENIENCE.

**To have your vote counted, you must complete, sign, and return this Ballot so that it is <u>actually received</u> by the broker, bank, dealer or other agent or intermediary that sent you this Ballot (as applicable, the "<u>Master Ballot Agent</u>") at the address provided by your Master Ballot Agent not later than <u>12:00 Noon (prevailing Eastern Time), on May 6, 2010</u>, to enable the applicable Master Ballot Agent to submit a Master Ballot by May 11, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>"). <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted, except in the Debtors' sole discretion.</u>** If neither the "accept" nor the "reject" box is checked in Item 2 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted. If both the "accept" and the "reject" boxes are checked in Item 2 for an otherwise properly completed, executed and timely return Ballot, the Ballot will not be counted.

2.    If you hold Claims or Interests in more than one voting Class under the Plan (e.g., you hold a Class 3(b) Claim and Class 4(a) Claim) you should receive a Ballot for each such category of Claims or Interests, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims or Interests described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 4(a) Claims (Senior Notes Guaranty Claims only).** You must vote all your Claims or Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims or Interests within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3.    Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Order approving the Disclosure Statement. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than May 4, 2010 at 4:00 p.m. (prevailing Eastern Time). Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.    The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or Interest.

5.    If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received valid Ballot will supersede any prior Ballots.

6.    It is important that you vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"). The votes of the Claims actually voted in your Class will bind those who do not vote. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan: (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

7.    Your signature is required in order for your vote to be counted. If the Claim is held by a partnership, the Ballot must be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, the Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

8.    This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates (if any) representing their securities. No party will accept delivery of any such certificates surrendered together with this Ballot. Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.

9.    NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT. **PLEASE NOTE THAT THE DEBTORS' BALLOTING AGENT, THE GARDEN CITY GROUP, INC., IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

10.    PLEASE RETURN YOUR BALLOT PROMPTLY.

IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT YOUR MASTER BALLOTING AGENT, OR THE GARDEN CITY GROUP, INC. AT **(888) 282-1244**.

3

```
-----------------------------------------------------------------------X
In re                                     :      Chapter 11
                                          :
RathGibson, Inc., et al.,¹                :      Case No. 09-12452 (CSS)
                                          :
                    Debtors.              :      Jointly Administered
                                          :
                                          :
-----------------------------------------------------------------------X
```

**MASTER BALLOT FOR CLASS 4(a) GREENVILLE GENERAL
UNSECURED CLAIMS (SENIOR NOTES GUARANTY CLAIMS ONLY) FOR ACCEPTING
OR REJECTING THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR RATHGIBSON, INC., ET AL.**

FOR USE BY BROKERS, BANKS, DEALERS AND OTHER AGENTS OR NOMINEES FOR
BENEFICIAL HOLDERS OF SENIOR NOTES GUARANTY CLAIMS
RELATING TO 11.25% SENIOR NOTES DUE 2014, CUSIP NO. 75409FAC9

---

**THE VOTING DEADLINE BY WHICH YOUR MASTER BALLOT MUST BE
ACTUALLY RECEIVED BY THE GARDEN CITY GROUP IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE") OR THE VOTES
REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.**

---

This Master Ballot is to be used by you, as a broker, bank, dealer or other agent or nominee (or as a proxy holder or agent) (each of the foregoing, a "Nominee"), for summarizing the votes cast by beneficial holders of the Senior Notes Guaranty Claims to accept or reject the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (as may be further amended, the "Plan") described in the accompanying Disclosure Statement for the Plan (the "Disclosure Statement") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Before you transmit such votes, please review the Disclosure Statement carefully.

It is important that you and the beneficial holders vote. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you and your customers if it is accepted by the holders of at least two-thirds in amount and more than half in number of Claims actually voting in each voting class of Claims. The votes of the Claims actually voted in each Class will bind those who do not vote. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if at least one impaired class of Claims has accepted the Plan and the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class(es) rejecting it and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY, COMPLETE, SIGN, AND DATE THIS MASTER BALLOT, AND RETURN IT SO THAT IT IS RECEIVED BY THE GARDEN CITY GROUP, THE BALLOTING AGENT, BEFORE THE VOTING DEADLINE OF 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010. IF THIS MASTER BALLOT IS NOT COMPLETED, SIGNED, AND TIMELY RECEIVED, THE VOTES TRANSMITTED BY THIS MASTER BALLOT WILL NOT BE COUNTED.**

Item 1.    **Certification of Authority to Vote**. The undersigned certifies that the undersigned (please check all applicable boxes):

   ❑ Is a Nominee for the beneficial holder(s) of the aggregate principal amount of the Senior Notes Guaranty Claims listed in Item 2 below, and is the registered holder or agent of the instruments evidencing such Claims, or

   ❑ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a Nominee that is the registered holder or agent of the aggregate principal amount of the Senior Notes Guaranty Claims listed in Item 2 below, or

   ❑ Has been granted a proxy (an original of which is attached hereto) from a Nominee that is the registered holder of or agent for the aggregate principal amount of Senior Notes Guaranty Claims listed in Item 2 below,

---

¹ The last four digits of the taxpayer identification numbers of the Debtors in these chapter 11 cases follow in parentheses: (i) Greenville Tube Company (2689); (ii) RathGibson, Inc. (3283); (iii) RG Tube Holdings LLC (4080); and (iv) RGCH Holdings Corp. (9683). The Debtors' executive headquarters' address is 475 Half Day Road, Suite 210, Lincolnshire, Illinois 60069.

and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the beneficial holder(s) of the Senior Notes Guaranty Claims described in Item 2 below.

Item 2.    Class 4(a) Greenville General Unsecured Claims (Senior Notes Guaranty Claims only) Vote. **The undersigned certifies that:**

a.    **Acceptances.** _____ beneficial holders of Senior Notes Guaranty Claims in the aggregate unpaid principal amount of $_____ have delivered duly completed individual Ballots to the undersigned voting to accept the Plan; and

b.    **Rejections.** _____ beneficial holders of Senior Notes Guaranty Claims in the aggregate unpaid principal amount of $_____ have delivered duly completed individual Ballots to the undersigned voting to reject the Plan; and

| c. | Your Customer Account Number for Each Beneficial Holder | Principal Amount of Senior Notes Guaranty Claims Voted: | | Did Beneficial Holder Opt-Out of Releases in Section 12.6 of Plan (Item 3 on Individual Ballot)? |
|---|---|---|---|---|
| | | To Accept the Plan | To Reject the Plan | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(please attach additional sheets if necessary)

Item 3    **Beneficial Holder Information.** The undersigned certifies that the information provided above (including any information provided on additional sheets attached hereto) is a true and accurate schedule of the beneficial holders of the holders of Senior Notes Guaranty Claims as identified by their respective account numbers, that have delivered duly completed individual Ballots to the undersigned voting to accept or reject the Plan.

Item 4    **Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the information provided below (including any information provided on additional sheets attached hereto) is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 5 of each individual Ballot received from a beneficial holder of Senior Note Guaranty Claims:

| Information to be Transcribed from Item 5 of Customers' Individual Ballots Regarding Other Ballots Cast in Respect of Senior Notes Guaranty Claims | | | | |
|---|---|---|---|---|
| Your Customer Account Number | Beneficial Holder's Name or Customer Account Number for Other Account | Your CUSIP or ISIN Number | Name of Broker, Dealer, or Other Agent or Nominee for Other Account (if applicable) | Principal Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Item 5    **Certification.** By signing this Master Ballot, the undersigned certifies that each beneficial holder whose votes are being transmitted by this Master Ballot has been provided with a copy of the Disclosure Statement, the Plan, and all other applicable solicitation materials and that the individual Ballots received from each beneficial holder or a copy thereof is and will remain on file with the undersigned subject to inspection for a period of one year following the Voting Deadline. In addition, YOU ARE REQUIRED TO RETAIN COPIES OF THE UNDERLYING BALLOTS RECEIVED FROM THE BENEFICIAL HOLDERS FOR INSPECTION FOR A PERIOD OF ONE YEAR FOLLOWING THE VOTING DEADLINE.

Item 6    **Registered Holder.** The undersigned certifies that it is the registered holder in its own name or through a position held at a securities depository with respect to the Senior Notes Guaranty Claims identified in Item 2 above.

SIGNED:_____

NAME OF CLAIMANT/NOMINEE:_____

TITLE:_____

TAX I.D. OR

SOCIAL SECURITY NUMBER:_____

IF AUTHORIZED BY AGENT,

NAME AND TITLE:_____

NAME OF INSTITUTION:_____

STREET ADDRESS: :_____

CITY, STATE, ZIP:_____

TELEPHONE NO.:_____

DATED:_____

DB02:9466658.2            068401.1001

THIS MASTER BALLOT MUST BE ACTUALLY RECEIVED BY THE GARDEN CITY GROUP (THE "BALLOTING AGENT"), BEFORE 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010, OR THE VOTES TRANSMITTED HEREBY WILL NOT BE COUNTED.

PLEASE NOTE: THE GARDEN CITY GROUP WILL *NOT* ACCEPT BALLOTS OR MASTER BALLOTS BY FACSIMILE OR OTHER ELECTRONIC TRANSMISSION, EXCEPT IN THE DEBTORS' SOLE DISCRETION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, INDIVIDUAL BALLOTS, DISCLOSURE STATEMENT, OR OTHER RELATED MATERIALS, PLEASE CONTACT THE GARDEN CITY GROUP AT (888) 282-1244.

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT[2]

On April 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") for the *Third Amended Joint Chapter 11 Plan for RathGibson, Inc., et al.* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan") and directed the above-captioned debtors and debtors in possession (the "Debtors") to solicit votes with regard to the approval or rejection of the Plan, attached as an exhibit thereto. The Debtors are soliciting votes of your customers or constituents who are beneficial holders of Senior Notes Guaranty Claims on the Plan. The Disclosure Statement and Plan are contained on the CD-ROM sent to you with this Master Ballot. This Master Ballot is to identify the vote of your customers or constituents who hold Senior Notes Guaranty Claims under the Plan.

To have the vote of your customers count, you should deliver the Disclosure Statement, Plan and an individual Ballot to each beneficial holder for whom you hold Claims and you must **COMPLETE, SIGN AND RETURN THIS MASTER BALLOT SO THAT IT IS ACTUALLY RECEIVED BY THE GARDEN CITY GROUP (NOT LATER 4:00 P.M. (PREVAILING EASTERN TIME) ON MAY 11, 2010 (THE "VOTING DEADLINE").** Ballots should be returned to the following address:

*(if mailed)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
PO Box 9396
Dublin, Ohio 43017-4296

*(if sent by personal delivery or overnight courier)*

RGI Bankruptcy Administration
c/o The Garden City Group, Inc.
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

**YOU ARE REQUIRED TO: (I) RETURN COPIES OF ALL COMPLETED, SIGNED BALLOTS TO THE BALLOTING AGENT; AND (II) RETAIN COPIES OF THE UNDERLYING BALLOTS RECEIVED FROM THE BENEFICIAL HOLDERS FOR INSPECTION FOR A PERIOD OF ONE YEAR FOLLOWING THE VOTING DEADLINE.**

This Master Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan. **Holders should not surrender, at this time, certificates (if any) representing their securities. Neither the Debtors nor The Garden City Group will accept delivery of any such certificates surrendered together with this Master Ballot. Surrender of securities for exchange may only be made by you, and will only be accepted pursuant to a letter of transmittal which will be furnished to you by the Debtors, following confirmation of the Plan by the Bankruptcy Court.**

If you are transmitting the votes of any beneficial holders of Senior Notes Guaranty Claims other than yourself, you must deliver the Ballot, the Disclosure Statement (with the Plan attached) provided on CD-ROM, the Order approving the Disclosure Statement, the Confirmation Hearing Notice, a copy of the letter from the Creditors' Committee indicating its support of the Plan and any other materials requested to be forwarded to the beneficial holders within five (5) business days after receipt of the aforementioned items. Such beneficial holders must complete and execute the Ballot voting to accept or reject the Plan, and return the completed, executed Ballot to you prior to 12:00 Noon (prevailing Eastern time) on May 6, 2010 (or such other time and date as you may agree) so that you can complete the Master Ballot and deliver it to The Garden City Group before the Voting Deadline.

With respect to all Ballots returned to you, you must properly complete the Master Ballot as follows:

1.       Check the appropriate box(es) in Item 1 on the Master Ballot.

2.       Indicate the votes to accept or reject the Plan in Item 2 of this Master Ballot, as transmitted to you by the beneficial holders of Senior Notes Guaranty Claims. **IMPORTANT: EACH HOLDER OF A CLAIM MUST VOTE *ALL* OF HIS, HER, OR ITS CLAIMS IN A CLASS *EITHER* TO ACCEPT OR REJECT THE PLAN. IF ANY HOLDER DOES NOT INDICATE AN**

---

[2]     Capitalized terms used but not defined in these instructions have the meanings set forth in the Plan or the Order approving, among other things, the Disclosure Statement.

**ACCEPTANCE OR REJECTION OF THE PLAN, OR THAT INDICATES BOTH AN ACCEPTANCE AND REJECTION OF THE PLAN WITH RESPECT TO ITS CLAIMS, SUCH VOTE SHOULD NOT BE COUNTED. HOLDERS OF CLAIMS MAY NOT SPLIT THEIR VOTES WITH RESPECT TO THEIR CLAIMS. IF ANY HOLDER OF A CLAIM HAS ATTEMPTED TO SPLIT THEIR VOTE BY SUBMITTING A BALLOT THAT PARTIALLY ACCEPTS AND PARTIALLY REJECTS THE PLAN, AND ALLOCATES PORTIONS OF THEIR CLAIM IN SUCH MANNER, SUCH VOTE MAY NOT BE COUNTED.**

3.  Please note that Item 4 of this Master Ballot requests that you transcribe the information provided by each beneficial holder from Item 5 of each completed Individual Class 4(a) Ballot. Please also include your customer account number for each entry in Item 4.

4.  Independently verify and confirm the accuracy of the information provided with respect to each beneficial holder of Senior Notes Guaranty Claims.

5.  Review the certifications in Items 5 and 6 of the Master Ballot.

6.  Sign and date the Master Ballot, and provide the remaining information requested.

7.  If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding.

8.  Return the completed Master Ballot to The Garden City Group at the address set forth above.

9.  Deliver the completed executed Master Ballot so as to be actually *received* by The Garden City Group before the Voting Deadline. For each completed, executed Ballot returned to you by a beneficial holder of a Senior Notes Guaranty Claim, forward such Ballot (along with your Master Ballot) to The Garden City Group and retain such Ballots in your files for one year from the Voting Deadline.

10. Votes cast by beneficial holders of Senior Notes Guaranty Claims through a Nominee should be applied against the positions held by such entities in the applicable security as of the Voting Record Date, as evidenced by the record and depository listings. Votes submitted by a Nominee, pursuant to a Master Ballot, will not be counted in excess of the Record Amount of such securities held by such Voting Nominee.

11. To the extent that conflicting votes or "overvotes" are submitted by a Nominee, the Balloting Agent, in good faith, will attempt to reconcile discrepancies with the Nominees.

12. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

13. After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

## PLEASE NOTE:

All Ballots are for voting purposes only and do not constitute, and shall not be deemed, a proof of Claim, an assertion of a Claim, or an admission by the Debtors of the validity of a Claim.

No fees commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. We will, however, upon request, reimburse you for customary mailing and handling expenses incurred by you in forwarding the Individual Ballots and other enclosed materials to the beneficial holders of Senior Notes Guaranty Claims held by you as a Nominee or in a fiduciary capacity.

Claimants submitting multiple ballots in respect of the same Claim shall be deemed to have voted in the manner of the last valid ballot cast.

If you have any questions relating to this Master Ballot, please contact the Balloting Agent at **(888) 282-1244**.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL RENDER YOU OR ANY OTHER PERSON THE AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.**

DB02:9466658.2

068401.1001