# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | RathGibson, Inc. |
| **Case Number:** | 09-12452-CSS  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MAY 21, 2010 10:00 AM  CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | ANISSA COTHRAN |
| **Reporter / ECR:** | LESLIE MURIN |

### Matter:

Confirmation Hearing
**R / M #:**  0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

Agenda Items:
1. Resolved
2. Order Entered Confirming Plan